**My initial reaction to Microsoft desktop automation technology:**

This was my initial reaction to power automate desktop (PAD), which was sent to my employer in Canada in February 2021. **Notably - my reaction to power automate desktop came two days after this instructional video shown below was posted from an ex-microsoft employee (I think I watched it the day it came out), two months after general availability (GA) of power automate desktop through office 365 (PAD GA was December 2020) and despite being out of work prior to January 2021 for 15 months between (October 2019-December 2020) including during the height of the pandemic.**

