Michael Bonazza
2092 Kuhio Ave
Apt 2402
Honolulu HI 96815

In the United States District Court for the District of Northern California

Plaintiff: Michael Bonazza

vs

Defendant: MUFG Union Bank

Civ Case #: 3:23-CV-01161-JCS

① ~~Justification for~~ MB

① Additional settlement commentary & justification for a settlement up to 3 million dollars

Michael Bonazza
Mike B
4/8/2023

**Additional settlement commentary – justification for a settlement up to 3 million dollars:**

It is okay if the defendant feels they made the right value judgement in 2017 (we can agree to disagree on that point). I was not part of the group of veteran bankers from Washington Mutual in Seattle (who were probably all at least 6-10 years older than me) and I was not part of a protected demographic under 40 either.

My main issue is with how my role increasingly became untenable in 2017 after it was communicated that the bank was focusing on economically advancing women and minorities, which ultimately made it impossible for me to build *any* business case for myself in 2017-2018 as evidenced by the haphazard projects I was quietly hired onto - despite having showed complete command of a loan portfolio in the previous year (2016-2017).

Also, I did not lose my competition for a manager role to a woman who was from the bank. She apparently had more experience, but came from outside the bank and ended up reporting to another female director (Amy Anderson) who still reports to Chris Escher, the controller. I would be interested to know how long that female manager who was hired over me held her position as I did not see her when I went back to the bank last year.

Regardless, I think I've showed clearly in 2021 & 2022 how my role in introducing automation should partially change that pattern in the form of present-valuing future salary considering that I helped imagine the future there in a <u>very</u> big way. A historic way actually, so I hope the salary is high.

For example, what is the salary of a director these days? 300k? For 10 years? Show me a current director whose vision has made an impact similar to mine on the work and on employees over their career. It will be a challenge.