Michael Bonuzza
2092 Kuhio Ave
Honolulu HI 96815

In the United States District Court for the District of Northern California

Plaintiff: Michael Bonuzza

vs

Defendant: MUFG Union Bank

Civ case #: 3:23-cv-01161-JCS

~~Plaintiff~~

① Communication with the bank about Microsoft Desktop Automation prior to my contract

Michael Bonuzza
Mike B

4/9/2023



Michael Bonazza <mike.bonazza@gmail.com>

# Fwd: [External] looping
1 message

**Michael Bonazza** <mike.bonazza@gmail.com>  Sun, Aug 29, 2021 at 7:58 PM
To: chris.escher@unionbank.com

Revising this screen shot to take out one of the loop commands. You actually only need a 'For each' and an IF statement.



---------- Forwarded message ---------
From: **Michael Bonazza** <mike.bonazza@gmail.com>
Date: Fri, Aug 27, 2021 at 7:54 PM
Subject: Fwd: [External] looping
To: <chris.escher@unionbank.com>


taking this one step further, it is possible once you get the license to upload an excel spreadsheet with the names of the cardholders and then have those names auto mapped into the input form fields using a cloud flow with the action of uploading to sharepoint being the trigger.

that would be a sight to see

Sent from my iPhone

Begin forwarded message:

> **From:** Chris Escher <Christoffer.Escher@unionbank.com>
> **Date:** August 27, 2021 at 4:21:17 PM HST
> **To:** Michael Bonazza <mike.bonazza@gmail.com>
> **Subject: RE: [External] looping**
>
>
> This brings me back to college – the last time I took a formal programming course (at the time it was C, then C++)…

I think it's great that MS exposes this kind of power to users – across platforms – and for such a nominal licensing fee.

I bet I could even find some routines at home to program. I'd pass off our personal bookkeeping, but most of that runs on rails these days (autopay… and occasionally check balances across accounts in Mint). I wish it could automate my exercise routines for me.

I hope you have a great weekend!

Chris Escher

MUAH Controller

Cell: 425-214-2973

---

**From:** Michael Bonazza <mike.bonazza@gmail.com>
**Sent:** Friday, August 27, 2021 6:46 PM
**To:** Chris Escher <Christoffer.Escher@unionbank.com>
**Subject:** [External] looping

> **\*\*\* External email: Please be careful when opening attachments or clicking links. \*\*\***

I have to download a number of credit card statements every month. I've created a form where I just input cardholder name (up to 15) in the input variable section and then loop through the action of saving down the statements in the shared drive.

1) Pull in the 'Create list' action in power automate desktop

2) Pull in the Add item to list action in power automate desktop

3) pull in the loop action in power automate desktop

4) pull in a 'for each' statement in power automate desktop

5) pull in an if statement in power automate desktop that ignores the input form field if it is blank (sometimes cardholders don't have activity)



--

Mike Bonazza

250-986-8273

This email is confidential, and your receipt of it is subject to the recipient terms appearing at: https://www.mufgamericas.com/emailrecipientterms . If you have received this email in error, please inform us by email reply and then delete the message. Any use of this email inconsistent with those terms is strictly prohibited.

--
Mike Bonazza
250-986-8273