UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN BONAZZA,<br>　　　　Plaintiff,<br>　　v.<br>MUFG UNION BANK, et al.,<br>　　　　Defendants. | Case No. 23-cv-01161-JCS<br><br>**ORDER PROHIBITING FURTHER EMAIL AND TELEPHONE COMMUNICATIONS WITH COURT STAFF** |

In the past 72 hours, Mr. Bonazza has sent more than 85 emails to court staff. These communications impose a significant burden on the Court and will no longer be permitted. Going forward, Mr. Bonazza is prohibited from emailing or telephoning Courtroom Deputy Karen Hom for any reason. All emails that have been received by Ms. Hom from Mr. Bonazza have been deleted and any future emails will be blocked. Emails to the Court are not part of the record of this case. Any future communications must be made in filed documents. Further, as the Court has already cautioned Mr. Bonazza, he may only file a document in this case if he has a reasonable and good faith belief that it is permitted under the Federal Rules of Civil Procedure and the Civil Local Rules of this Court. *See* dkt. no. 30. Documents that are not in compliance with those rules will be stricken from the record. All documents must be filed through the Clerk's Office. Mr. Bonazza is not permitted to efile in this case.

**IT IS SO ORDERED.**

Dated: June 26, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge