United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ALAN BONAZZA,
    Plaintiff,

v.

MUFG UNION BANK, et al.,
    Defendants.

Case No. 23-cv-01161-JCS

**ORDER STRIKING DOCKET NO. 64**
Re: Dkt. No. 64

The Court has repeatedly cautioned Mr. Bonazza that he may only file a document in this case if he has a reasonable and good faith belief that it is permitted under the Federal Rules of Civil Procedure and the Civil Local Rules of this Court. See dkt. nos. 30, 59. Docket no. 64, entitled "Court Brief – Justification Behind a Motion for Trial," does not relate to any cognizable motion and does not cite any rule – either under this Court's Civil Local Rules or the Federal Rules of Civil Procedure – that authorizes such a brief. Nor does he point to any order by this Court authorizing it. Notwithstanding the liberal standards that apply to pro se plaintiffs, Mr. Bonazza must make at least a good faith attempt to comply with the procedural rules that govern civil cases. Instead, he has made no apparent effort to comply with the rules or to heed the Court's warnings, inundating the Court with unauthorized filings. **Accordingly, docket no. 64 is STRICKEN. Furthermore, going forward, any document filed by Mr. Bonazza will be stricken unless it cites to one of the following sources of authority permitting the filing: 1) a rule of the Federal Rules of Civil Procedure (e.g., Rule 12(b)(6), Rule 56); 2) a rule of the Northern District of California's Civil Local Rules (e.g. Civil Local Rule 7, setting deadlines**

**for motions and responsive briefs); or 3) an Order of this Court (e.g. a case management order, such as docket no. 35, requiring that the parties file a case management statement).**

  **IT IS SO ORDERED.**

Dated: July 5, 2023

                   _____
                   JOSEPH C. SPERO
                   United States Magistrate Judge