UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN BONAZZA,<br><br>    Plaintiff,<br><br>    v.<br><br>MUFG UNION BANK, et al.,<br><br>    Defendants. | Case No.  23-cv-01161-JCS<br><br>**ORDER STRIKING DOCKET NOS. 67, 69**<br><br>Re: Dkt. Nos. 67, 69 |

In light of Plaintiff's repeated filing of unauthorized documents in this case, the Court has ordered that any document Plaintiff files must cite to one of the following sources of authority permitting the filing: 1) a rule of the Federal Rules of Civil Procedure (e.g., Rule 12(b)(6), Rule 56); 2) a rule of the Northern District of California's Civil Local Rules (e.g. Civil Local Rule 7, setting deadlines for motions and responsive briefs); or 3) an Order of this Court (e.g. a case management order, such as docket no. 35, requiring that the parties file a case management statement).  *See*  dkt. no. 66.  Docket nos. 67 and 69 do not relate to any cognizable motion and do not cite any rule or Court order that authorizes them.  **Accordingly, docket nos. 67 and 69 are STRICKEN.**

    **IT IS SO ORDERED.**

Dated:  July 12, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge