UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN BONAZZA,<br><br>    Plaintiff,<br><br>    v.<br><br>MUFG UNION BANK, et al.,<br><br>    Defendants. | Case No. 23-cv-01161-JCS<br><br>**ORDER STRIKING DOCKET NOS. 77 AND 78**<br><br>Re: Dkt. Nos. 77, 78 |

In light of Plaintiff's repeated filing of unauthorized documents in this case, the Court has ordered that any document Plaintiff files must cite to one of the following sources of authority permitting the filing: 1) a rule of the Federal Rules of Civil Procedure (e.g., Rule 12(b)(6), Rule 56); 2) a rule of the Northern District of California's Civil Local Rules (e.g. Civil Local Rule 7, setting deadlines for motions and responsive briefs); or 3) an Order of this Court (e.g. a case management order, such as docket no. 35, requiring that the parties file a case management statement). See dkt. no. 66.

In docket nos. 77 and 78, Plaintiff brings two motions requesting discovery and seeking leave to depose MUFG employees. As the Court explained in its July 18, 2023 Order (dkt. no. 74), discovery is not yet open in this case. Furthermore, these motions are improper for the same reasons the discovery requests in docket no. 73 are improper, as the Court *also* explained in its July 18, 2023 Order. Accordingly, docket nos. 77 and 78 are STRICKEN.

**IT IS SO ORDERED.**

Dated: July 27, 2023

JOSEPH C. SPERO
United States Magistrate Judge