UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ALAN BONAZZA,

Plaintiff,

v.

MUFG BANK, LTD.,

Defendant.

Case No.  23-cv-01161-JCS

**ORDER FOR STATUS REPORT RE COMPLIANCE**

At the September 15, 2023 Case Management Conference, the Court cautioned Mr. Bonazza against sending excessive numbers of emails to the Court and to opposing counsel.  As stated in the minutes, Plaintiff agreed to stop sending emails to the Court and to limit emails to opposing counsel to no more than two emails a week.  Since that time, the Court has continued to receive a large number of emails from Mr. Bonazza.  The Court requests that Defendant file a brief status report addressing Mr. Bonazza's compliance with the limit adopted by the Court on communications with opposing counsel.  Defendant's status report shall be filed by **December 8, 2023**.  Mr. Bonazza may file a response to Defendant's status report, not to exceed five pages, no later than **December 15, 2023**.

**IT IS SO ORDERED.**

Dated:  November 29, 2023

JOSEPH C. SPERO
United States Magistrate Judge