United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ALAN BONAZZA,
    Plaintiff,

v.

MUFG BANK, LTD.,
    Defendant.

Case No. 23-cv-01161-JCS

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE**

Since the outset of this case, Plaintiff has engaged in abusive litigation tactics, including filing numerous documents that are not authorized by the Federal Rules of Civil Procedure or the Civil Local Rules of this Court, repeatedly leaving telephone messages for Court staff that have no legitimate purpose and sending thousands of emails to the Court and opposing counsel  The Court has issued a series of orders prohibiting Plaintiff from continuing to engage in such conduct and warning him that his ongoing abusive litigation tactics may result in sanctions, including dismissal. *See* dkt. nos. 30, 35, 59, 66, 70, 72, 79, 82. At the September 15, 2023 Case Management Conference, the Court prohibited Plaintiff from sending emails to the Court and limited Plaintiff to two emails a week to opposing counsel.

Plaintiff has not complied with the Court's orders and continues to send hundreds of emails to the Court. According to Defendant, Plaintiff also has sent hundreds of emails to opposing counsel since the September 15, 2023 Case Management Conference, vastly exceeding the number of emails allowed by the Court. *See* dkt. no. 98 (Defendant's Status Report re Compliance). Samples provided by Defendant indicate that these emails have no legitimate purpose and at times bear no relationship to the case whatsoever. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE with this case should not dismissed in light of Plaintiffs' ongoing

abusive litigation tactics and his willful failure to follow the Court's orders.

**Plaintiff may file a written response, not to exceed ten (10) pages by January 5, 2024. A show cause hearing will be conducted on January 12, 2024 at 9:30 a.m. via Zoom webinar (id. 161 926 0804 password 050855).**

IT IS SO ORDERED.

Dated: December 11, 2023

 _____
JOSEPH C. SPERO
United States Magistrate Judge